# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREGORY VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:19-cv-0121 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 12) |

On July 18, 2019, Plaintiff filed a stipulation of the parties to extend the time for Plaintiff to serve his confidential letter brief until August 14, 2019. (Doc. 12) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 12) is **GRANTED** nunc pro tunc; and
2. Plaintiff **SHALL** serve his letter confidential brief no later than **August 14, 2019**.

IT IS SO ORDERED.

Dated: **July 28, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).

1